AO91 (Rev. 12/03) Criminal Complaint *Felony* AUSA

United States District Court
Southern District of Texas
FILED

DEC 21 2019

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**
vs.

Jesus Erasmo ALANIZ-Garcia
A076 419 744  Mexico
AKA Jesus ALANIZ-Garcia

**CRIMINAL COMPLAINT**

Case Number: B-19- 1313-MJ

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **December 20, 2019** in **Cameron** County, in the **Southern District Of Texas** defendant(s)

an alien who had previously been denied admission, excluded, deported, or removed, knowingly and unlawfully was present in the United States having been found in Cameron County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of Title **8** United States Code, Section(s) **1326(a)(1)/(b)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

The defendant was encountered by Border Patrol Agents conducting Linewatch operations near Brownsville, Texas on December 20, 2019. The defendant is a citizen and national of Mexico who was previously deported, excluded or removed from the United States on July 24, 2019. The defendant was convicted of Conspiracy to Transport and Harbor a Certain Undocumented Alien within the United States on June 11, 2018. Record checks revealed that the defendant has not applied for permission from the proper Authorities to re-enter the United States.

Defendant had no funds at the time of arrest.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Signature of Complainant

Ramirez, Jesus M. Border Patrol Agent
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on

**December 21, 2019** at Brownsville, Texas
Date City/State

Ignacio Torteya III U.S. Magistrate Judge
Name of Judge Title of Judge Signature of Judge